UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-2088 PSG (FFM) | Date | February 16, 2017 |
|---|---|---|---|
| Title | NIGEL ERIC WILLIAMS v. BRUCE EDWIN AHO | | |

Present: The Honorable  Frederick F. Mumm, United States Magistrate Judge

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

None Present                                        None Present

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court is in receipt of plaintiff's motion to compel initial disclosures, filed February 15, 2017. (Docket Nos. 43 and 44.) Plaintiff asserts that defendant has failed to produce his initial disclosures despite numerous emails and telephone calls requesting defendant to comply with his discovery obligations. Plaintiff further asserts that not only did defendant not respond to plaintiff's request that he meet to confer about his discovery failure, but that defendant hung up on plaintiff the one time he answered the telephone when plaintiff called.

In light of plaintiff's showing, defendant Bruce Edwin Aho is ORDERED TO SHOW CAUSE, in writing, on or before February 27, 2017, why his answer should not be stricken for failure to comply with his discovery obligations.

IT IS SO ORDERED.

                                                            :
                                        Initials of Preparer        JM